IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMANDA CIGANIK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 09-621 |
| | ) |
| GC SERVICES LIMITED PARTNERSHIP, | ) |
| | ) |
| Defendant. | ) |

### CASE MANAGEMENT ORDER

AND NOW, this 22nd day of July, 2009, it is hereby ORDERED as follows:

1. The parties shall make the disclosures required by Fed. R. Civ. P. 26(a) **on or before August 5, 2009**;

2. Additional parties shall be joined and pleadings shall be amended **on or before August 21, 2009**;

3. Fact discovery shall be completed **on or before December 19, 2009**;

4. A post-discovery status conference shall be held **at 3:30 p.m. on Tuesday, January 19, 2010**, in Courtroom 6A of the United States Courthouse and Post Office; and

5. Counsel may participate in the conference by telephone providing notice is given to the Court **not later than 4:00 p.m. on Monday, January 18, 2010**.

*William L. Standish*
William L. Standish
United States District Judge