IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMANDA CIGANIK, | : | CASE NO.: 2:09-cv-00621 |
| Plaintiff, | : | Judge William L. Standish |
| vs. | : | |
| GC SERVICES LIMITED PARTNERSHIP,: | | |
| Defendant. | : | |

## ORDER OF COURT

AND NOW, this ____ day of _____, 2009, upon consideration of the foregoing Defendant GC Services Limited Partnership ("Defendant") Motion to Compel Plaintiff to Respond to Defendant's Discovery Requests, it is hereby ORDERED that within seven (7) days of this Order, Plaintiff shall serve complete and verified responses to Defendant's First Set of Interrogatories and Requests for Production of Documents or suffer such other sanctions as the Court might impose.

BY THE COURT.

_____
J.

{01007766}