| | |
|---|---|
| **From:** | Baird, Mackenzie A. [mbaird@thorpreed.com] |
| **Sent:** | Thursday, September 17, 2009 3:55 PM |
| **To:** | Jeffrey Suher |
| **Subject:** | RE: Ciganik v. GC Services - Plaintiff's Discovery Requests |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |
| **Attachments:** | 01033881.pdf; 01033883.pdf |

Jeff -

Can we have another 14-day extension to respond to Plaintiff's requests? I believe that would make the response due on October 2.

Also, GC Services served its discovery requests on August 11; a response was due on September 10. I have no problem granting an extension - but can you let me know how long you need so I can pass this information on to my client? A copy of the requests are attached.

Thanks.

---

**From:** Jeffrey Suher [mailto:jeff@jeffcanhelp.com]
**Sent:** Thursday, September 03, 2009 12:57 PM
**To:** Baird, Mackenzie A.
**Subject:** Re: Ciganik v. GC Services - Plaintiff's Discovery Requests

No problem.
On Sep 3, 2009, at 12:21 PM, Baird, Mackenzie A. wrote:

> Jeff -
>
> Will you consent to a 14-day extension respond to Plaintiff's discovery requests in this matter? I believe they are due tomorrow.
>
> I can provide you with the account notes so you have them for the mediation on Tuesday.
>
> ---
>
> Mackenzie A. Baird
> Thorp Reed & Armstrong, LLP
> One Oxford Centre
> 301 Grant Street, 14th Floor
> Pittsburgh, PA  15219
> 412 394 2402
> 412 394 2555 Fax
> mbaird@thorpreed.com

11/20/2009

==================================================================
=====================================================

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

CONFIDENTIALITY NOTICE:  This message, together with any attachments, is intended only for the addressee.  It may contain information which is legally privileged, confidential and exempt from disclosure.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use, or any action or reliance on this communication is strictly prohibited.  If you have received this e-mail in error, please notify the sender immediately by telephone (412-394-7711) or by return e-mail and delete the message, along with any attachments.

This e-mail was checked by the SPAM and Virus control server of
www.FosterWebMarketing.com

Jeffrey L. Suher, Esquire
JEFFREY L. SUHER, P.C.
4328 Old William Penn Highway, Suite 2J
Monroeville, Pennsylvania 15146
1-877-YES-JEFF (toll free)
(412) 374-9005
(412) 374-0799 (fax)
jeff@jeffcanhelp.com
www.jeffcanhelp.com

This message contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended solely for the use of the addresses(s) named above. Any disclosure, distribution, copying or use of the information to or by others is strictly prohibited. If you have received this message in error, please advise the sender by immediate reply and delete the original message. Thank you.

11/20/2009