| | |
|---|---|
| **From:** | Baird, Mackenzie A. [mbaird@thorpreed.com] |
| **Sent:** | Tuesday, October 13, 2009 1:18 PM |
| **To:** | Jeffrey Suher |
| **Cc:** | Hannen, Robert J. |
| **Subject:** | Ciganik v. GC Services - Discovery |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |
| **Attachments:** | 01033881.pdf; 01033883.pdf |

Jeff -

GC Services intends to finalize and serve its response to Plaintiff's Discovery Requests next week. Please let me know when you anticipate serving Plaintiff's responses to Defendant's Discovery Requests. Attached are copies of the requests, which were originally served on August 11th.

Additionally, please provide dates on which you and your client will be available for her deposition. I believe discovery in this matter closes on December 19th. I'd like to notice the deposition for early November if possible.

Thanks,

Mackenzie


<<01033881.pdf>> <<01033883.pdf>>

Mackenzie A. Baird
Thorp Reed & Armstrong, LLP
One Oxford Centre
301 Grant Street, 14th Floor
Pittsburgh, PA  15219
412 394 2402
412 394 2555 Fax
mbaird@thorpreed.com

11/20/2009