| | |
|---|---|
| **From:** | Baird, Mackenzie A. [mbaird@thorpreed.com] |
| **Sent:** | Tuesday, October 27, 2009 6:40 PM |
| **To:** | Jeffrey Suher |
| **Cc:** | Hannen, Robert J. |
| **Subject:** | Ciganik v. GC Services - Discovery |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |
| **Attachments:** | 01055992.pdf; Verifications - executed.pdf; Account notes bates stamped 1-9.pdf; 01055993.pdf |

Jeff:

Attached are GC Services answers and objections to Plaintiff's discovery requests in this matter, as well as the account notes referenced therein. Additionally, attached is a proposed protective order for your review and execution.

Please provide Plaintiff's response to GC Services' discovery requests. The requests were served on August 11th and Plaintiff's response is long overdue.

Finally, please provide dates on which you and your client can be available for her deposition. As I stated in my October 13th email, discovery in this matter closes on December 19th and I would like to notice the deposition for November if possible.


Thanks,

Mackenzie

<<01055992.pdf>> <<Verifications - executed.pdf>> <<Account notes bates stamped 1-9.pdf>> <<01055993.pdf>>

---

Mackenzie A. Baird
Thorp Reed & Armstrong, LLP
One Oxford Centre
301 Grant Street, 14th Floor
Pittsburgh, PA 15219
412 394 2402
412 394 2555 Fax
mbaird@thorpreed.com

11/20/2009