IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMANDA CIGANIK, | : | CASE NO.: 2:09-cv-00621 |
| Plaintiff, | : | Judge William L. Standish |
| vs. | : | |
| GC SERVICES LIMITED PARTNERSHIP, | : | |
| Defendant. | : | |

### ORDER OF COURT

AND NOW, this ____ day of _____, 2009, upon consideration of the foregoing Defendant GC Services Limited Partnership ("Defendant") Motion to Deem Requests Admitted, it is hereby ORDERED the matters set forth in Defendant's Requests for Admissions are deemed admitted by Plaintiff for all purposes in the above captioned case.

                                                               BY THE COURT.

                                                               _____

                                                                                       J.