IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMANDA CIGANIK, | : CASE NO. 2:09-cv-00621 |
| | : Judge William L. Standish |
| Plaintiff, | : |
| | : |
| v. | : |
| | : **DEFENDANT'S FIRST SET OF** |
| GC SERVICES LIMITED | : **REQUESTS FOR ADMISSIONS** |
| PARTNERSHIP, | : **DIRECTED TO PLAINTIFF** |
| | : **AMANDA CIGANIK** |
| Defendant. | : |

Now comes Defendant GC Services Limited Partnership ("Defendant"), by and through counsel, and demands that Plaintiff Amanda Ciganik answer the attached Requests for Admissions in accordance with Rule 36 of the Federal Rules of Civil Procedure. Said Requests for Admissions shall be answered in writing and under oath within thirty (30) days after service and shall be of a continuing nature and supplemented as necessary. All answers shall be provided on the basis of personal knowledge or on the basis of constructive knowledge as this may be imputed to you from any agent or attorney.

**FIRST SET OF REQUESTS FOR ADMISSIONS**

1. Admit that Defendant did not communicate information regarding Plaintiff's account to any third parties.

**RESPONSE**


2. Admit that Defendant did not make any false representations during any contact with Plaintiff.

**RESPONSE**

3. Admit that Defendant did not engage in any unfair practices in connection with Plaintiff's account.

**RESPONSE**

4. Admit that you did not suffer actual damages as a result of the incidents that are the subject of your Complaint.

**RESPONSE**

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: August 11, 2009 | /s/ Mackenzie A. Baird<br>Robert J. Hannen<br>Pa. I.D. No. 63432<br>Mackenzie A. Baird<br>Pa. I.D. No. 205687<br><br>THORP REED & ARMSTRONG, LLP<br>301 Grant Street, 14th Floor<br>Pittsburgh, PA 15219<br>Telephone: (412) 394-7711<br>Facsimile: (412) 394-2555<br>Email: rhannen@thorpreed.com<br>Email: mbaird@thorpreed.com<br><br>*Attorneys for Defendant*<br>*GC Services Limited Partnership* |

{01033881}

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMANDA CIGANIK, | : | CASE NO. 2:09-cv-00621 |
| | : | Judge William L. Standish |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| GC SERVICES LIMITED PARTNERSHIP, | : | |
| | : | |
| Defendant. | : | |

### CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the foregoing Defendant's First Set of Requests for Admissions has been served, via electronic mail, this 11th day of August, 2009, upon the following counsel of record:

Jeffrey L. Suher, Esq.
Pa. I.D.# 74924
4328 Old Wm. Penn Hwy., Ste. 2J
Monroeville, PA 15146
(412) 374-9005
lawfirm@jeffcanhelp.com
Attorney for Plaintiff

/s/ Mackenzie A. Baird
Robert J. Hannen
Pa. I.D. No. 63432
Mackenzie A. Baird
Pa. I.D. No. 205687

THORP REED & ARMSTRONG, LLP
301 Grant Street, 14th Floor
Pittsburgh, PA 15219
Telephone: (412) 394-7711
Facsimile: (412) 394-2555
Email: rhannen@thorpreed.com
Email: mbaird@thorpreed.com

*Attorneys for Defendant*
GC Services Limited Partnership