IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMANDA CIGANIK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 09-621 |
| | ) |
| GC SERVICES LIMITED | ) |
| PARTNERSHIP, | ) |
| | ) |
| Defendant. | ) |

ORDER

AND NOW, this 26th of January, 2010, the Court has been advised by counsel for Plaintiff, Amanda Ciganik, that the above-captioned civil action has been resolved and that the only remaining matter to be completed is the filing of a stipulation for dismissal under Fed.R.Civ.P. 41(a). It is, accordingly, hereby ORDERED that the case be administratively CLOSED. Nothing contained in this Order shall be considered a dismissal or disposition of this action. Should further proceedings become necessary or desirable herein, any party may initiate the same in the same manner as if this Order had not been entered.

William L. Standish
United States District Judge

cc: Counsel of Record