UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
COURT FILE NO.: 2:09-cv-000621-WLS

| | |
|---|---|
| AMANDA CIGANIK<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GC SERVICES LIMITED PARTNERSHIP,<br><br>　　　　　Defendants. | **STIPULATION OF DISMISSAL**<br><br><br><br>JURY TRIAL DEMANDED |

**IT IS HEREBY STIPULATED AND AGREED TO** by and between the undersigned counsel for all parties hereto that the instant action be and is hereby dismissed with prejudice and for each party to pay their own costs and attorneys' fees.

February 4, 2010

Respectfully Submitted

By:  **s/Jeffrey L. Suher**
Jeffrey L. Suher, Esquire
4328 Old William Penn Highway, Suite 2J
Monroeville PA 15146
412-374-9005
lawfirm@jeffcanhelp.com
Counsel for Plaintiff

*/s/Robert J. Hannen*
Robert J. Hannen, Esquire
Thorp Reed & Armstrong, LLP
One Oxford Centre, 14th Floor
Pittsburgh PA 15219
(412) 394-7711          (412) 394-2555 (fax)
rhannen@thorpreed.com
Attorney for Defendant